# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ROBERT RITA,                                    )
                                                )
    Plaintiff,                              )
                                                )     Case No.  1:23-cv-4931
v.                                              )
                                                )
THE VILLAGE OF TINLEY PARK, an                  )
Illinois Municipal Body; ORLAND                 )
TOWNSHIP, an Illinois Municipal Body;           )
MICHAEL GLOTZ, an individual; and               )
PAUL O'GRADY, an individual.                    )

### <u>AFFIDAVIT OF ROBERT RITA</u>

Under the penalties of perjury as set forth in 28 U.S.C. § 1746, if called upon, I could

competently testify as follows:

1.    I am over 18 years of age and mentally competent to make this Declaration. All

statements of fact made herein are based on my personal knowledge, or, where indicated, based

on my investigation, in which case I believe them to be true.

2.    I am a member of the Illinois House of Representatives for the 28th District.

3.    I have served as representative for the 28th District since January 8, 2003.

4.    My representative district includes parts of Chicago and several of its surrounding

suburbs, including the Village of Tinley Park (the "Village") and Orland Township (the

"Township").

5.    In my role as an Illinois representative, it is imperative that I effectively

communicate and engage with my constituents and the communities where they reside, such as

the Village and the Township.

41929918.2

6.     For this reason, I have made a consistent effort over the course of my political career to engage with my constituents.

7.     In the past twelve months, however, the Village and Township have denied my request to host or participate in various community events.

**Village National Night Out Against Crime Event – 2022**

8.     On August 2, 2022, the Village was scheduled to host its annual National Night Out Against Crime ("NNOAC") event.

9.     According to the Village, the purpose of the event was "to meet and greet local law enforcement professionals, Public Works employees, firefighters, paramedics, Emergency Management Agency and 911 Center personnel, members of the Metra Police Department and the Cook and Will County Sheriff's Police, and representatives from local organizations and businesses."

10.     I—in my State Representative capacity—had been a repeat participant in the NNOAC event over the course of several years.

11.     Before the 2022 event, I received a call from a Village representative stating that I and my office were not allowed to participate in the 2022 event.

12.     I was not given an explanation why I would not be allowed to participate.

13.     Despite this, I made an appearance at the end of the evening when the event was closing.  I personally did not participate at the 2022 NNOAC event in my State Representative capacity though an employee was there in my stead.

**Village Shred Event – 2022**

14.     The next month, on September 24, 2022, I collaborated with the Township Highway Commissioner, the Cook County Commissioner, and the Village Park District to

organize a Shred Event whereby I and my co-hosts would gather commercial paper shredders at a central location and allow members of the community to bring their sensitive, personal papers and files for secure shredding and recycling.

15.     The Shred Event would also conduct recycling of electronic devices and the safe disposal of prescription medications, which provide a valuable benefit to my constituents.

16.     I had organized this annual event since before 2017.

17.     For the 2022 Shred Event, a Village representative told me that it would require a Special Event Permit in order to allow the Shred Event to proceed.

18.     By the time I was informed of this requirement, I had already scheduled and promoted the event to Village residents.

19.     I then applied for the requisite Special Event Permit.

20.     My application was denied on the grounds that "the Village is unable to secure adequate traffic control staffing[.]" (A true and correct copy of this email communication is attached to this Affidavit as **Exhibit 1**).

21.     I then arranged to reschedule the event.

22.     After rescheduling the Shred Event to October 15, 2022 and finding a new location, on September 20, 2022, I applied for another Special Event Permit.

23.     Six days later, the Village denied my second application, citing safety concerns and prior traffic control issues as the bases for the denial.

24.     These alleged bases were untrue.

25.     My prior Shred Events had never posed any safety or traffic control issues, and neither the Village or any of its representatives ever communicated those issues to me.

26.     Accordingly, I did not host the 2022 Shred Event in my State Representative capacity.

**Township Pet Palooza Event – 2022**

27.     Approximately around the same time as the Shred Event denial, I was barred from participating in the 2022 Township Pet Palooza event.

28.     Pet Palooza is an annual event in the Township designed to raise funds for the Township Pet Pantry.

29.     Pet Palooza welcomes organizations, vendors, and exhibitors to set up tables at the event in exchange for a small donation.

30.     I had participated in this event in my capacity as State Representative since 2018.

31.     I submitted a completed application and sufficient donation to set up a table at the 2022 event.

32.     My application was denied.

33.     With respect to the denial, I was told it was because the 2022 iteration of Pet Palooza would not be "accepting any vendors affiliated with politics." (A true and correct copy of this email communication is attached to this Affidavit as **Exhibit 2**).

34.     I later clarified that my attendance was not "politics" but that I was intending to appear as a representative of the community.

35.     The Pet Palooza space rental application did not state that political figures were prohibiting from applying.

36.     Rather, it stated that any "organizations," "vendors," or "exhibitors" may obtain a table by submitting a completed application and making the requisite donation.

37.     The application does not say that any particular category of organization, vendor, or exhibitor is precluded from applying.

38.     I then inquired with the Township as to why my request was being denied.

39.     I then received correspondence from outside counsel for the Township claiming that I had threatened and attempted to intimidate Township Administrator Lindsay Trost ("Trost") when I was at the Township Administrative Center on September 22, 2022 to drop off the Pet Palooza application, fee, and signed waiver.

40.     This accusation was untrue.

41.     I never threatened or attempted to intimidate Trost with respect to my Pet Palooza application.

**Village Halloween "Boo Bash" Event – 2022**

42.     The Village was scheduled to host its annual Halloween Boo Bash on October 30, 2022.

43.     I had attended this event in my official State Representative capacity since 2018 (with the exception of 2020 due to the onset of the COVID-19 pandemic).

44.     On September 29, 2022 I submitted an application to set up a tent and table at the event in order to provide Village resident attendees with information about myself and my role as State Representative.

45.     The Boo Bash would also give me a platform on which to connect with my constituents.

46.     On October 5, 2022, I was told that I would not be allowed a tent or table at the event because I constituted a "political group" rather than a local business. (A true and correct copy of this email communications is attached to this Affidavit as **Exhibit 3**).

41929918.2

**National Night Out Against Crime 2023**

47.     I recently notified Defendants of my intent to appear at and participate in the 2023 edition of the NNOAC event.

48.     The Village Police Department is scheduled to host the NNOAC event on August 1, 2023 at Freedom Park located at 7835 Timber Drive in the Village.

49.     The event, which is promoted on the Village's website, provides attendees the opportunity to "meet and greet members of Tinley Park's Police Department, Fire Department, Emergency Management Agency and Public Works Department . . ."

50.     The event is further described as "promot[ing] police-community partnerships and neighborhood camaraderie to make our neighborhoods safer," according to the National Association of Town Watch, the organization that founded the annual event in 1984.

51.     The event reportedly will include "visits with personnel from Tinley Park Police, firefighters, public works, Cook and Will County Sheriff's officers, Drug Enforcement Administration, Emergency Management Association, and 911 Center, in addition to Metra police. Representatives from local organizations, businesses, churches and schools will also be present."

52.     The annual NNOAC event is one of my most important opportunities to show support for these important causes and to communicate to my constituents my commitment to their safety and the safety of their communities.

53.     On June 12, 2023, weeks after notifying Defendants of my intent to participate in the 2023 NNOAC event, I sent an email to Matthew Walsh, the Village Chief of Police ("Chief Walsh"), stating as follows:

> Every year my office participates in [NNOAC event] throughout the 28th District, providing state-related information to constituents. My office has attempted to

contact the Tinley Park Police Department to inquire [a]bout participating in this event in my official capacity as State Representative but has yet to get a response. May you please provide a status on this request?

(A true and correct copy of this email chain is attached to this Affidavit as **Exhibit 4**).

54.     That same day, at 2:24 p.m., Chief Walsh replied to me via email and stated:

I had approved your participation and I am not sure if the message had been conveyed. Your office has always participated in the past and I can safely assume in the future. The Tinley Park Police Department appreciates your continued support.

(Ex. 4).

55.     At that time, I felt comforted by Chief Walsh's response and believed my participation would be permitted.

56.     On July 25, 2023, Chief Walsh sent me an email stating:

I know that I had originally agreed to allow participation in the Annual [NNOAC event]; however, After careful consideration I will have to deny your request. [NNOAC] is an event to honor law enforcement and I respectfully request that we refrain from any politics.

(A true and correct copy of this email chain is attached to this Affidavit as **Exhibit 5**).

57.     On my information and belief, Village Mayor Glotz and Township Supervisor O'Grady directly instructed Chief Walsh to deny Representative Rita's application.

58.     My belief that Glotz was behind the denial is supported by the fact that at a recent meeting, Glotz told me that I could not attend because he is a political figure.

59.     The denial of my requests to host and participate at community events has prevented me from being able to meet with my constituents, listen to their issues and concerns, and provide them meaningful representation.

60.     On my information and belief, these denials have proven a disservice to my constituents, who want to meet and speak with their state representative at community events.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 27, 2023.

Robert Rita

# EXHIBIT 1

Case: 1:23-cv-04931 Document #: 4-1 Filed: 07/28/23 Page 11 of 22 PageID #:46

## RE: new date/ new application

From: Amanda Gaus (agaus@tinleypark.org)

To: robertbobrita@aol.com

Date: Wednesday, September 28, 2022 at 03:01 PM CDT

Hello,

Upon review of your Special Event Permit application throughout Village departments, it has been determined that your permit application will be denied.

The denied permit is due to safety concerns, failure to provide traffic control at past events, and the fact that the proposed event location is already very busy on the weekend.

Thank you,

**Amanda Gaus**
**Event Specialist**
(708) 444-5044 | **agaus@tinleypark.org**



**From:** Amanda Gaus
**Sent:** Tuesday, September 20, 2022 4:31 PM
**To:** 'Robert Rita' <robertbobrita@aol.com>
**Subject:** RE: new date/ new application

Thank you for your Special Event Permit application. I have just distributed and will get back to you with feedback and information as to moving on to Part 2 of the application process.

Please let me know if you have any questions in the meantime.

**Amanda Gaus**

**Event Specialist**

(708) 444-5044 | **agaus@tinleypark.org**

# EXHIBIT 2

# TOWNSHIP OF ORLAND



**Paul A. O'Grady**
Supervisor

**Cindy M. Murray**
Clerk

**Patrick Feldner**
**Maria Sanfilippo**
**John Lynch**
**Michael Maratea**
Trustees

**Rich E. Kelly**
Assessor

**Antonio Rubino**
Highway Commissioner

*Office Locations*

**Administrative Office**
**Assessor's Office**
**Youth & Family**
**Counseling Services**
14807 S. Ravinia Avenue
Orland Park • IL 60462

Main Fax Number
(708) 403-4260

**Administrative Office &**
**Youth & Family Counseling**
**Services Office**
Telephone Number
(708) 403-4222

**Assessor's Office**
Telephone Number
(708) 403-4712

**Highway Department Office**
16125 S. Wolf Road
Orland Park • IL 60467

Telephone Number
(708) 403-5148

Fax Number
(708) 403-5165

**www.orlandtownship.org**

September 9, 2022

Friends of Robert "Bob" Rita
2030 High Street
Blue Island, IL 60406

Subject: Check #4447

Dear Mr. Rita:

This year we are not accepting any vendors affiliated with politics.

We have enclosed your check in the amount of $30.00.

Thank you.

Enclosure: Check #4447



TOWNSHIP GOVERNMENT WORKING FOR YOU

# EXHIBIT 3

**From:** Amanda Gaus
**Sent:** Wednesday, October 5, 2022 4:33 PM
**To:** Beverly Dorsey
**Cc:** Robert Rita
**Subject:** RE: Tinley Park Boo Bash Application


Hello Beverly,

Thank you for your application for a booth at the Boo Bash event.  As you can see from the application, this event is directed towards and intended to showcase local businesses.  Therefore, we are not allowing participation of political groups.

Thank you,

**Amanda Gaus**
**Event Specialist**
**(708) 444-5044 | agaus@tinleypark.org**



**From:** Beverly Dorsey <beverly@robertbobrita.com>
**Sent:** Thursday, September 29, 2022 6:07 PM
**To:** Amanda Gaus <agaus@tinleypark.org>
**Cc:** Robert Rita <robertbobrita@aol.com>
**Subject:** Tinley Park Boo Bash Application

Good Afternoon,

Please find our office's application for the Tinley Park Boo Bash. We anticipate setting up a tent and table with State information for residents with candy as giveaways.  If you have any questions, please feel free to reach out.

Best Regards,

--
**Beverly Dorsey**
Illinois House of Representatives
28th District
P- 708.396.2822

*E-MAIL CONFIDENTIALITY NOTICE: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.*

# EXHIBIT 4



**From:** Matthew Walsh
**Sent:** Monday, June 12, 2023 2:24 PM
**To:** Robert Rita <stateprita@robertbobrita.com>
**Subject:** RE: National Night Out Against Crime 2023

Representative Rita,

Sorry for the delay.
I had approved your participation and I am not sure if the message had been conveyed.
Your office has always participated in the past and I can safely assume in the future.

The Tinley Park Police Department appreciates your continued support.

**Matthew F. Walsh**
**Chief of Police**
(708) 444-5310 | mwalsh@tinleypark.org



**From:** Robert Rita <stateprita@robertbobrita.com>
**Sent:** Monday, June 12, 2023 1:38 PM
**To:** Matthew Walsh <mwalsh@tinleypark.org>
**Subject:** National Night Out Against Crime 2023

June 12, 2023

Matthew Walsh
Police Chief
Tinley Park Police Department
7850 W, 7850 183rd St
Tinley Park, IL 60477

Dear Chief Walsh:

Every year my office participates in ***National Night Out Against Crime*** throughout the 28th District, providing state-related information to constituents. My office has attempted to contact the Tinley Park Police Department to inquire bout participating in this event in my official capacity as State Representative but has yet to get a response. May you please provide a status on this request?

Sincerely,


Robert A. Rita
State Representative, 28th District

2

# EXHIBIT 5



**From:** Matthew Walsh <mwalsh@tinleypark.org>
**Date:** July 25, 2023 at 1:23:58 PM CDT
**To:** Robert Rita <stateprita@robertbobrita.com>
**Subject: RE: National Night Out Against Crime 2023**

Representative Rita,

I know that I had originally agreed to allow participation in the Annual National Night
Out for Police; however,
After careful consideration I will have to deny your request.

National Night Out is an event to honor law enforcement and I respectfully request that we refrain from any politics.

I sincerely apologize for any inconvenience this may have caused.

**Matthew F. Walsh**
**Chief of Police**
(708) 444-5310  |  mwalsh@tinleypark.org



---

**From:** Robert Rita <statereprita@robertbobrita.com>
**Sent:** Monday, June 12, 2023 1:38 PM
**To:** Matthew Walsh <mwalsh@tinleypark.org>
**Subject:** National Night Out Against Crime 2023

June 12, 2023

Matthew Walsh
Police Chief
Tinley Park Police Department
7850 W, 7850 183rd St
Tinley Park, IL 60477


Dear Chief Walsh:

Every year my office participates in ***National Night Out Against Crime*** throughout the 28th District, providing state-related information to constituents. My office has attempted to contact the Tinley Park Police Department to inquire bout participating in this event in my official capacity as State Representative but has yet to get a response. May you please provide a status on this request?

Sincerely,


Robert A. Rita
State Representative, 28th District