# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT RITA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:23-cv-04931 |
| v. ) | |
| ) | |
| THE VILLAGE OF TINLEY PARK, an ) | |
| Illinois Municipal Body; ORLAND ) | |
| TOWNSHIP, an Illinois Municipal Body; ) | |
| MICHAEL GLOTZ, an individual; and ) | |
| PAUL O'GRADY, an individual. ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that July 28, 2023, a copy of the foregoing Emergency Motion for Temporary Restraining Order [D.E. 4] and corresponding Exhibits [D.E. 4-1, 4-2] was filed with the Court through the CM/ECF system, and emailed to the below counsel of record:

mglotz@tinleypark.org;

uds2004local786@icloud.com;

pogrady@pjmchicago.com; and

pogrady@pjmlaw.com.

/s/ Nancy DePodesta
One of his Attorneys

Nancy DePodesta (Nancy.Depodesta@saul.com)
Thomas A. Laser (Tom.Laser@saul.com)
Saul Ewing LLP
161 N. Clark St., Ste. 4200
Chicago, Illinois 60601
Phone: (312) 876-7100

1

41934262.1