# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robert Rita

    Plaintiff,

v.

Case No.: 1:23−cv−04931

Honorable John J. Tharp Jr.

The Village of Tinley Park, an Illinois Municipal Body, et al.

    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 28, 2023:

    MINUTE entry before the Honorable Manish S. Shah: Emergency motion hearing held. The motion for a TRO [4] is denied. At the hearing, the Village of Tinley Park confirmed and represented to the court that plaintiff is not barred from attending the National Night Out event in Tinley Park on August 1. The First Amendment may be implicated by the Village's decision to allow some people to participate with tables while excluding "politicians" from having tables. But on the limited record established on an expedited basis, this court concludes that the likelihood of success on a claim that the First Amendment requires the Village to allow plaintiff to have a table is not strong. Applying the sliding scale approach to injunctive relief, this court concludes (again on a very limited record) that the harm to the Village that comes from compelling it to endorse plaintiff's speech outweighs the harm to plaintiff. Plaintiff is allowed to attend the event, speak to his constituents there, and express his views. The extraordinary relief of a TRO is not warranted at this time. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.