# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Robert Rita

                                              Plaintiff,

v.                                                                                                   Case No.: 1:23−cv−04931

                                                                                                         Honorable John J. Tharp Jr.

The Village of Tinley Park, an Illinois Municipal Body, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 4, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:An in−person status hearing in this matter will be held on 8/16/2023 in Courtroom 2303 at 9:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.