# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT RITA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-04931 |
| v. | ) |
| | ) |
| THE VILLAGE OF TINLEY PARK, an Illinois Municipal Body; ORLAND TOWNSHIP, an Illinois Municipal Body; MICHAEL GLOTZ, an individual; and PAUL O'GRADY, an individual. | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF ANTONIO RUBINO

Pursuant to 28 U.S.C. § 1746, I, Antonio Rubino, declare the following:

1. I am over 21 years old and make this declaration based on my own personal knowledge. If called to testify at trial, I could testify to the matters set forth herein.

2. I currently serve as the Orland Township Highway Commissioner.

3. On August 4, 2023, I attended the Village of Tinley Park's National Night Out Against Crime event ("NNOAC") at Freedom Park in Tinley Park, Illinois.

4. I had planned to attend the 2023 NNOAC event in advance and in my capacity as Orland Township Highway Commissioner, and in that capacity, informed the Village of Tinley Park that I intended to bring a table and tent.

5. At no point did Representative Robert Rita ask or otherwise instruct me to attend the 2023 NNOAC event or to bring a tent and/or table, as I have attended NNOAC in prior years and intended to do so again in 2023 to show my support for local law enforcement and first responders.

1

51281641.1

Further declarant sayeth not.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 9 day of November, 2023.

_____
Antonio Rubino

2

51281641.1