IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT RITA, )
)
    Plaintiffs, )
)
v. ) Case No. 1:23-cv-04931
)
VILLAGE OF TINLEY PARK, an ) Hon. John J. Tharp, Jr.
Illinois Municipal Body; ORLAND )
TOWNSHIP, and Illinois Municipal Body; )
MICHAEL GLOTZ, an individual; and )
PAUL O'GRADY, an individual, )
)
    Defendant. )
_____ )

## AFFIDAVIT OF PATRICK CARR

1. I, PATRICK CARR, being duly sworn and under oath, do attest on personal knowledge that the following facts are true and accurate:

2. My name is Patrick Carr. I am the Village Manager of the Village of Tinley Park and have held that position since May 2021.

3. If called upon to do so, I could testify competently about the facts and opinion set forth in this Affidavit.

4. I have had a professional and personal relationship with State Senator Michael Hastings ("Mr. Hastings") for over ten years.

5. On July 28th, 2023, I received an email addressed to former Tinley Park Chief of Police Michael Walsh from Mr. Hastings requesting permission to participate in the 2023 National Night Out in his "official capacity."



EXHIBIT 1

6. On July 28, 2023, I spoke to Sen. Michael Hastings via telephone regarding his email to former Chief Walsh. Mr. Hastings did not mention that he intended to set up a tent or table at the event, or request to set up a tent or table at the event.

7. Rather, during that conversation Sen. Hastings mentioned that something big and bad was going to happen to Tinley Park.

8. On July 28, 2023, I was present via telephone for the hearing on Robert Rita's emergency motion for a temporary restraining order. At no time was I aware that Mr. Hastings planned to set up a table or booth at the National Night Out. Any statement to the contrary is false.

9. I was also unaware whether Atonio Rubino would attend the event or attend in a capacity other than as a commissioner the Orland Township Highway Commission.

10. To the best of my knowledge and belief, there were no invites sent by the Tinley Park Police Department specifically to political organizations.

11. To the best of my knowledge and belief, there were no reservations made by any participants in the National Night Out. Participants gained access on a first come, first serve, basis.

12. On August 1, 2023, I was contacted by Chief Walsh, who notified me that Mr. Hastings had arrived at National Night Out and had set up a tent. The event was organized and supervised by the Tinley Park Police Chief. As with Mr. Rita, the Village did not prevent Mr. Hastings from attending the National Night Out.

13. Shortly after he arrived, I learned that Mr. Hastings had set up a table and a tent without permission from the Village. We considered requiring him to remove the tent and table but ultimately declined for fear that it would create a scene at what is largely a family event.

Further affiant sayeth not.

## Verification

I, PATRICK CARR, do hereby declare that the contents of this affidavit are true and correct under penalty of perjury.

By: _____
PATRICK CARR

Signed and sworn to before me this __6th__ day of __December__, 2023.

_____
Notary Public

OFFICIAL SEAL
LAURA J GODETTE
Notary Public, State of Illinois
Commission No. 682927
My Commission Expires September 14, 2027