# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robert Rita

                        Plaintiff,

v.

The Village of Tinley Park, an Illinois Municipal Body, et al.

                        Defendant.

Case No.: 1:23−cv−04931

Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 29, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendants' motions to dismiss the plaintiff's complaint [51] [52] are taken under advisement. The plaintiff's response is due 02/23/2024; replies are due 03/08/2024. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.