# EXHIBIT A

| | |
|---|---|
| **From:** | Murphy, Andrew S. |
| **Sent:** | Friday, February 28, 2025 11:49 AM |
| **To:** | Patrick Walsh |
| **Cc:** | Ratliff, Julie Ardelean; DePodesta, Nancy |
| **Subject:** | RE: Rita v. Village of Tinley Park, No. 1:23-cv-4931 (N.D. Ill.) |

Patrick,

We've been very accommodating of your trial and travel schedule, but it's frankly unacceptable that we've received nothing but a series of broken promises from you since the discovery responses were due more than a month ago. As I requested on 2/21 and again on 2/25, please let me know your availability to meet and confer this afternoon or on Monday regarding the overdue discovery.

Thank you,

Andrew



**Andrew S. Murphy,** Partner
Litigation; Employment and Labor Relations
Direct: 312.836.4145 | Office Ext: 34145
Taft Office: Chicago



Taft has expanded to the Mountain West region with the addition of Sherman & Howard, a prominent 130-year-old law firm. Now over 1,000 attorneys strong. Learn more **here.**

---

**From:** Patrick Walsh <pwalsh@gwmwlaw.com>
**Sent:** Tuesday, February 25, 2025 10:54 AM
**To:** Murphy, Andrew S. <AMurphy@taftlaw.com>
**Subject:** RE: Rita v. Village of Tinley Park, No. 1:23-cv-4931 (N.D. Ill.)

Andrew:

My cross of the Plaintiff should end today and then we have the rest of the week off of the trial. Fining the discovery responses is the next thing on my list.

Regards,

**Patrick J. Walsh** | *Partner*
Direct: (630) 457-4242 | Email: pwalsh@gwmwlaw.com
Fax: (630) 252-0644 | Web: www.gwmwlaw.com
21 N. Fourth Street | Geneva, IL 60134

1



*This e-mail may be protected by the attorney-client privilege. Please exercise discretion before forwarding to other recipients.*

Disclaimer Required by IRS Rules of Practice:
Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.
********************************

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Griffin Williams McMahon & Walsh, LLP by reply e-mail and delete the message.

Thank you very much.

---

**From:** Murphy, Andrew S. <AMurphy@taftlaw.com>
**Sent:** Friday, February 21, 2025 11:03 AM
**To:** Patrick Walsh <pwalsh@gwmwlaw.com>
**Cc:** Ratliff, Julie Ardelean <JRatliff@taftlaw.com>
**Subject:** Re: Rita v. Village of Tinley Park, No. 1:23-cv-4931 (N.D. Ill.)

Patrick,

Please advise regarding your availability next week to meet and confer regarding these long overdue discovery responses.

Thanks,

Andrew

Sent from my iPhone

> On Feb 14, 2025, at 2:35 PM, Murphy, Andrew S. <AMurphy@taftlaw.com> wrote:
>
> Understood. Enjoy your weekend with your son, but please let us know when we can expect the discovery.
>
> **From:** Patrick Walsh <pwalsh@gwmwlaw.com>
> **Sent:** Friday, February 14, 2025 9:50 AM
> **To:** Murphy, Andrew S. <AMurphy@taftlaw.com>
> **Subject:** RE: Rita v. Village of Tinley Park, No. 1:23-cv-4931 (N.D. Ill.)
>
> Andrew:
>
> I received about 3,000 pages from Tinley Park's IT department on Wednesday and need to go through them. My jury trial went Monday, Tuesday and is back on today. I am leaving for Minnesota at 5:00 today after the trial for my son's national hockey championship but will review as much as I can while I'm there. I promise I'm working as diligently as possible. It's just been a rough week.

Regards,

<image001.png>  **Patrick J. Walsh**  |  *Partner*
Direct: (630) 457-4242  |  Email: pwalsh@gmwmlaw.com
Fax: (630) 252-0644  |  Web: www.gwmwlaw.com
21 N. Fourth Street  |  Geneva, IL 60134

*This e-mail may be protected by the attorney-client privilege. Please exercise discretion before forwarding to other recipients.*

Disclaimer Required by IRS Rules of Practice:
Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.
*********************************
This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Griffin Williams McMahon & Walsh, LLP by reply e-mail and delete the message.

Thank you very much.

---

**From:** Murphy, Andrew S. <AMurphy@taftlaw.com>
**Sent:** Wednesday, February 12, 2025 7:27 PM
**To:** Patrick Walsh <pwalsh@gwmwlaw.com>
**Cc:** Michelle Scales <mscales@gwmwlaw.com>; Ratliff, Julie Ardelean <JRatliff@taftlaw.com>
**Subject:** Re: Rita v. Village of Tinley Park, No. 1:23-cv-4931 (N.D. Ill.)

Patrick,

We need a date certain this week when we'll receive the overdue discovery.

Thanks,

Andrew

Sent from my iPhone

> On Feb 7, 2025, at 4:22 PM, Patrick Walsh <pwalsh@gwmwlaw.com> wrote:
>
> Andrew:
>
> I am going to need an extension until Monday to get you Defendants' answers. The Village is rolling out a new financial system and new community development system on Tuesday or Wednesday, so the IT department has been predisposed. They promise to get responsive documents to me on Monday. I restart a trial on Monday afternoon at 1:30 but will get everything to you in the evening. Sorry for the delay.
>
> Regards,

3

| | |
|---|---|
| <image001.png> | **Patrick J. Walsh** | *Partner*<br>Direct: (630) 457-4242 | Email: pwalsh@gwmwlaw.com<br>Fax: (630) 252-0644 | Web: www.gwmwlaw.com<br>21 N. Fourth Street | Geneva, IL 60134 |

*This e-mail may be protected by the attorney-client privilege. Please exercise discretion before forwarding to other recipients.*

Disclaimer Required by IRS Rules of Practice:
Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.
*********************************
This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Griffin Williams McMahon & Walsh, LLP by reply e-mail and delete the message.

Thank you very much.

---

**From:** Murphy, Andrew S. <AMurphy@taftlaw.com>
**Sent:** Thursday, January 30, 2025 7:26 PM
**To:** Patrick Walsh <pwalsh@gwmwlaw.com>
**Cc:** DePodesta, Nancy <NDePodesta@taftlaw.com>; Ratliff, Julie Ardelean <JRatliff@taftlaw.com>
**Subject:** RE: Rita v. Village of Tinley Park, No. 1:23-cv-4931 (N.D. Ill.)

Patrick,

See attached for a draft of the joint status report, which is due this **Friday, January 31**. We left a spot for you to add the length of your proposed extension of time to serve discovery. Let us know what to put there and whether you have any other edits to the draft.

Thanks,

Andrew

---

**From:** Murphy, Andrew S.
**Sent:** Tuesday, January 28, 2025 10:22 AM
**To:** Patrick Walsh <pwalsh@gwmwlaw.com>
**Cc:** DePodesta, Nancy <NDePodesta@taftlaw.com>; Ratliff, Julie Ardelean <JRatliff@taftlaw.com>
**Subject:** RE: Rita v. Village of Tinley Park, No. 1:23-cv-4931 (N.D. Ill.)

Hi Patrick,

Thanks for the update. No objection to the extension or your proposed motion.

4

Best,

Andrew

**From:** Patrick Walsh <pwalsh@gwmwlaw.com>
**Sent:** Monday, January 27, 2025 1:27 PM
**To:** Murphy, Andrew S. <AMurphy@taftlaw.com>
**Subject:** RE: Rita v. Village of Tinley Park, No. 1:23-cv-4931 (N.D. Ill.)

Andrew:

I apologize for the delay. In October I was asked to take over another firm's summary judgment briefing and now jury trial that starts on February 10 when the firm's lawyer left litigation practice due to mental health issues and then the lawyer assisting left for another firm. That left us holding the proverbial bag. I will need two weeks to respond. I am also going to file a motion for leave to issue written within seven days. May I file it as unopposed?

Regards,
<image001.png>

**Patrick J. Walsh** | *Partner*
Direct: (630) 457-4242 | Email: pwalsh@gwmwlaw.com
Fax: (630) 252-0644 | Web: www.gwmwlaw.com
21 N. Fourth Street | Geneva, IL 60134

*This e-mail may be protected by the attorney-client privilege. Please exercise discretion before forwarding to other recipients.*

Disclaimer Required by IRS Rules of Practice:
Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under Federal tax laws.
**********************************
This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Griffin Williams McMahon & Walsh, LLP by reply e-mail and delete the message.

Thank you very much.

**From:** Murphy, Andrew S. <AMurphy@taftlaw.com>
**Sent:** Friday, January 24, 2025 7:42 AM
**To:** Patrick Walsh <pwalsh@gwmwlaw.com>
**Cc:** DePodesta, Nancy <NDePodesta@taftlaw.com>; Ratliff, Julie Ardelean <JRatliff@taftlaw.com>
**Subject:** FW: Rita v. Village of Tinley Park, No. 1:23-cv-4931 (N.D. Ill.)

5

Counsel,

Defendants' discovery responses were due two days ago and we have neither received the responses nor received any request for an extension of time to respond. Please advise when defendants will provide their responses.

Thank you,

Andrew



**Andrew S. Murphy**
Partner
AMurphy@taftlaw.com
**Dir:** 312.836.4145
**Tel:** 312.527.4000   |   **Fax:** 312.754.2373
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**taftlaw.com**



Taft has expanded to the Mountain West region with the addition of Sherman & Howard, prominent 130-year-old law firm.  Now over 1,000 attorneys strong.  Learn more **here**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Murphy, Andrew S. <AMurphy@taftlaw.com>
**Sent:** Monday, December 23, 2024 4:17 PM
**To:** pwalsh@gwmwlaw.com
**Cc:** DePodesta, Nancy <NDePodesta@taftlaw.com>; Ratliff, Julie Ardelean <JRatliff@taftlaw.com>
**Subject:** Rita v. Village of Tinley Park, No. 1:23-cv-4931 (N.D. Ill.)

Counsel,

Please see attached for plaintiffs' first set of discovery requests in the above-referenced case.

Thank you,

Andrew