# EXHIBIT C

| | |
|---|---|
| **From:** | Murphy, Andrew S. |
| **Sent:** | Friday, March 7, 2025 7:02 PM |
| **To:** | pwalsh@gwmwlaw.com |
| **Cc:** | DePodesta, Nancy; Ratliff, Julie Ardelean |
| **Subject:** | Rita v. Village of Tinley Park, No. 1:23-cv-4931 (N.D. Ill.) |

Patrick,

We will require an additional two weeks up to and including March 21 to provide plaintiff's discovery responses. Under the circumstances, we assume you have no objection. I trust we will receive defendants' discovery responses by then.

As you know, today was the deadline to issue deposition notices. Since we haven't received even written responses to plaintiff's discovery responses, we do not believe it would be feasible to issue deposition notices at this time. So, under the circumstances, I assume we can mutually agree that the parties can agree to issue deposition notices before we need to submit a joint status report on 4/1.

If you believe a call to discuss discovery issues would be helpful, please let me know.

Thanks,

Andrew



**Andrew S. Murphy,** Partner, Chair, Chicago Employment and Labor Practice Group
Litigation; Employment and Labor Relations
Direct: 312.836.4145 | Office Ext: 34145
Taft Office: Chicago



Taft has expanded to the Mountain West region with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Now over 1,000 attorneys strong.  Learn more **here.**