# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Robert Rita

                                                  Plaintiff,

v.

                                                  Case No.: 1:23−cv−04931

                                                  Honorable John J. Tharp Jr.

The Village of Tinley Park, an Illinois Municipal Body, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2025:

      MINUTE entry before the Honorable Heather K. McShain: Telephonic motion hearing held 04/07/2025 on plaintiff's motion to compel and to extend the deadline to issue deposition notices [87]. As stated on the record, the Court grants plaintiff';s motion [87]. Defendants Village of Tinley Park and Michael Glotz to provide answers to written discovery and responsive documents by 04/11/2025 and the corresponding privilege log by 04/18/2025. Deadline to issue notices of depositions (with agreed upon dates and Rule 45 subpoenas) by 05/19/2025. Plaintiff's motion seeks an award of reasonable expenses incurred in bringing the instant motion pursuant to Rule 37(a)(5)(A). By 04/21/2025, Defendants Village of Tinley Park and Michael Glotz shall file a response to this request. Further joint status report due 06/02/2025 to update the Court on (a) the progress of discovery; (b) the state of settlement discussions, if any; and (c) any other matters the parties believe should be brought to the Court's attention. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.